IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL INTERNATIONAL INSURANCE COMPANY | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 08-1052 |
| 2421 SALAM, INC. t/a ABAY | |
| and | |
| TYJUNIA SNELLING, as Administratrix of the Estate of Claude Demetrius, Dec'd | |
| Defendants | |

## ORDER

AND NOW, this 30th day of April, 2009, upon careful and independent consideration of the cross-motions for summary judgment filed by Plaintiff Markel International Insurance Company ("Markel") (Doc. 17) and Defendant Tyjunia Snelling (Docs. 18 & 19), and the responses filed thereto by each party, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The motion for summary judgment filed by Markel is **GRANTED**;

3. The motion for summary judgment filed by Defendant Tyjunia Snelling is **DENIED**;

4. Final Judgment is **ENTERED** in Markel's favor against Defendant Tyjunia Snelling;

5. The Court **DECLARES** that Markel has no duty to defend or indemnify 2421 Salam, Inc. t/a Abay for the claims asserted against it in the action filed by Defendant Tyjunia Snelling in the Philadelphia Court of Common Pleas, docketed as *Tyjunia Snelling, as Adminstratrix of the Estate*

*of Claude Demetrius Snelling v. Abie K. Wasie d/b/a Abay Wheeler's Bar*, November Term 2007, No. 3496; and

    6. The Clerk of this Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
J. WILLIAM DITTER, JR., J.

2